UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

STEFFAN XAVIER STRINGFELLOW                                PLAINTIFF

v.                          NO. 4:20-cv-00947- JTR

ANDREW SAUL,
Acting Commissioner,
Social Security Administration                             DEFENDANT

## ORDER

Plaintiff, Steffan Stringfellow, seeks judicial review of the administrative denial of his claims for disability insurance benefits and supplemental security income. *Doc. 2*. The Commissioner has filed an Unopposed Motion to Reverse and Remand for further administrative proceedings, pursuant to the fourth sentence of 42 U.S.C. § 405(g). *Doc. 13*. The Motion states that Stringfellow's counsel agrees to the requested reversal and remand. *Id. at 3*. Under the circumstances, remand is appropriate.

Accordingly, the Commissioner's Unopposed Motion to Reverse and Remand, *Doc. 13*, is GRANTED. The Commissioner's prior decision is REVERSED and this matter is REMANDED for further administrative proceedings and issuance of a new decision. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 2nd day of April, 2021.

                                                                                                      */s/ J. Thomas Ray*

                                                                         UNITED STATES MAGISTRATE JUDGE