# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

STEFFAN XAVIER STRINGFELLOW                                     PLAINTIFF

v.                          NO. 4:20-cv-00947- JTR

ANDREW SAUL,
Acting Commissioner,
Social Security Administration                                  DEFENDANT

## JUDGMENT

Consistent with today's Order, IT IS CONSIDERED, ORDERED, AND ADJUDGED that judgment be entered for Plaintiff, Steffan Stringfellow, reversing the decision of the Commissioner and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 2nd day of April, 2021.

_____
UNITED STATES MAGISTRATE JUDGE